No. 322, Misc.   MONROE v. NEW YORK.   Appellate Division of the Supreme Court of New York, First Department.   Certiorari denied.   Petitioner *pro se.*   *Harold Roland Shapiro* for respondent.

No. 324, Misc.   O'HALLORAN v. DAY, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.   Petitioner *pro se.*   *Richardson Dilworth* for respondent.

No. 325, Misc.   STANISZEWSKI v. NEW YORK.   Appellate Division of the Supreme Court of New York, Second Judicial Department.   Certiorari denied.

No. 343, Misc.   HOWLERY v. CRIMINAL COURT OF COOK COUNTY.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 6.   WATSON ET UX. v. EMPLOYERS LIABILITY ASSURANCE CORP., LTD. ET AL., *ante,* p. 66;

No. 258.   FUNK v. SEABOARD AIR LINE RAILWAY CO., *ante,* p. 835;

No. 308.   BITTERLING v. MAPLE ISLAND FARM, INC., *ante,* p. 882;

No. 341.   HALL v. BATTLE, GOVERNOR, ET AL., *ante,* p. 872;

No. 342.   ALEXANDER v. TEXAS, *ante,* p. 872;

No. 349.   ROY v. ROY, *ante,* p. 873; and

No. 351.   LOUISIANA PUBLIC SERVICE COMMISSION ET AL. v. UNITED STATES ET AL., *ante,* p. 885.   Petitions for rehearing denied.